IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JORGE MELENDEZ,　　　　　　　　　　　No.　CIV.S-05-0908 DAD

　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　ORDER

　　v.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

　　　　Defendant.
_____/

　　　　By order filed August 19, 2005, plaintiff was directed to show cause in writing within twenty days why this case should not be dismissed for lack of prosecution.  On September 12, 2005, plaintiff filed a response to the order to show cause indicating that the necessary documents for service have now been submitted to the U.S. Marshal's office for service in accordance with the court's order filed May 13, 2005.

/////

/////

1

Accordingly, the order to show cause filed on August 19, 2005, is HEREBY DISCHARGED. This matter will proceed according to the terms of the court's scheduling order filed May 13, 2005.

DATED: September 14, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
ddad1/orders.socsec/melendez0908.dischargeOSC

2